# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

| | | |
|---|---|---|
| ASUNCION ROJAS SEVILLA | § § § | PLAINTIFF |
| v. | § § § § | No. 2:22-cv-166-HSO-BWR |
| MERRICK GARLAND, *Attorney General of the United States*; ALEJANDRO MAYORKAS, *in his official capacity as Secretary of Homeland Security*; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; UR M. JADDOU, *in her official capacity as Director of USCIS*; CALIFORNIA SERVICE CENTER; TRACY TARANGO,[1] *in her official capacity as Acting Director of the California Service Center* | § § § § § § § § § § § § § § § § § | DEFENDANTS |

## FINAL JUDGMENT

In accordance with the Court's Memorandum Opinion and Order entered herewith, the Court finds that this civil action should be dismissed pursuant to Fed. R. Civ. P. 12(b)(1).

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Plaintiff Asuncion Rojas Sevilla's claims against Defendants Merrick Garland, Attorney General of the United States, Alejandro Mayorkas, in his official capacity as

---

[1] The Director of the California Service Center was previously Donna P. Campagnolo. *See* Compl. [1] at 1 (naming "Donna P. Campagnolo, in her official capacity as Director of the California Service Center" as a defendant). Pursuant to Federal Rule of Civil Procedure 25(d), Acting Director Tracy Tarango is automatically substituted as the proper party defendant. *See* Fed. R. Civ. P. 25(d).

Secretary of Homeland Security, United States Citizenship and Immigration Services, Ur M. Jaddou, in her official capacity as Director of USCIS, California Service Center, and Tracy Tarango, in her official capacity as Acting Director of the California Service Center, are **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED,** this the 27th day of June, 2023.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE